UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>NATIONSRENT, INC., ET AL.,<br><br>    Debtors.<br><br>---<br><br>NATIONSRENT UNSECURED CREDITOR'S LIQUIDATING TRUST, PERRY MANDARINO, NOT PERSONALLY, BUT AS TRUSTEE<br><br>    Plaintiff,<br><br>v.<br><br>MULTIQUIP, INC.<br>    Defendant. | Case No. 04-1025 |

## NOTICE OF SERVICE

I, Judy M. Jones, hereby certify that on May 12, 2005 I caused to be served a true and correct copy of Defendant MultiQuip, Inc's First Set of Requests for Admission, Interrogatories and Requests for Production Directed to Plaintiff, Nationsrent Unsecured Creditor's Liquidating Trust upon the attached service list as indicated.

CROSS & SIMON, LLC

/s/ Judy M. Jones
Judy M. Jones (Bar I.D. No. 3521)
913 North Market Street, Suite 1001
P.O. Box 1380
Wilmington, Delaware 19899-1380
302-777-4200
302-777-4224 (facsimile)

## SERVICE LIST

VIA U.S. MAIL
John J.W. Inkeles
Lowenstein Sandler
65 Livingston Avenue
Roseland, NJ 07068

VIA HAND DELIVERY
Chris Ward
Bayard Firm
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, DE 19899