## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | |
| NATIONSRENT, INC., ET AL., | Case No. 01-11628 (PJW) |
| | Jointly administered |
| | Chapter 11 |
|       Debtors.        x | |
| NATIONSRENT UNSECURED CREDITOR'S LIQUIDATING TRUST, PERRY MANDARINO, NOT PERSONALLY, BUT AS TRUSTEE | |
|       Plaintiff, | Adv. Pro. No. 04-1025 |
| v. | |
| MULTIQUIP, INC., | |
|       Defendant.      x | |

## CERTIFICATE OF SERVICE

I, Judy Jones, hereby certify that on November 2, 2005 I caused to be served a true and correct copy of the Initial Disclosures upon the attached service list as indicated.

**VIA U.S. MAIL**
Brian Brennan, Esq.
Lowenstein Sandler, PC
65 Livingston Avenue
Roseland, NJ 07068

**VIA HAND DELIVERY**
Chris Ward, Esq.
Bayard Firm
222 Delaware Avenue
Suite 900
Wilmington, DE 19808

CROSS & SIMON, LLC

Dated: November 2, 2005

/s/ Judy Jones
Judy Jones (Bar I.D. No. 3521)
913 North Market Street, 11th Floor
P.O. Box 1380
Wilmington, Delaware 19899-1380
302-777-4200
302-777-4224 (facsimile)