## CERTIFICATE OF SERVICE

I, Mary E. Augustine, Esquire, hereby certify that on the 7th day of August, 2006, I caused a true and correct copy of the **Stipulation of Dismissal**, to be served upon the party listed below in the manner indicated.

## VIA FIRST CLASS MAIL

Richard H. Cross, Esquire
Amy Evans, Esquire
*Cross & Simon, LLC*
913 North Market Street, Suite 1001
P.O. Box 1380
Wilmington, DE 19801

Richard C. Macias, Esquire
*Creim, Macias & Koenig LLP*
633 West Fifth Street, 51st Floor
Los Angeles, CA 90071

_____
Mary E. Augustine (No. 4477)